Appeals from (1) an order of the Supreme Court, Nassau County (Stephen A. Bucaria, J.), entered June 18, 2015, and (2) a money judgment of that court entered September 8, 2015. The order granted the plaintiff’s motion pursuant to Business Corporation Law § 626 (e) for an award of an attorney’s fee. The money judgment, upon the order, is in favor of the plaintiff and against the nominal defendant, Mawash Realty Corp., in the total sum of $324,204.
 

 Ordered that the appeal from the order is dismissed, without costs or disbursements, as the order was superseded by the money judgment; and it is further,
 

 Ordered that the appeal from the money judgment is dismissed as academic, without costs or disbursements, as the money judgment was vacated by a subsequent order of the same court entered February 18, 2016, made upon renewal (see Sakow v Waldman, 155 AD3d 1078 [2017] [decided herewith]).
 

 Leventhal, J.R, Austin, Cohen and Brathwaite Nelson, JJ., concur.